## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| IMMERGLUCK, HERBERT S | § | Case No. 11-16539 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth S. Gardner
> 219 S. Dearborn Street
> 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/17/2013 in Courtroom 680,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2012          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
IMMERGLUCK, HERBERT S § Case No. 11-16539
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 48,025.81 |
| and approved disbursements of | $ | 482.39 |
| leaving a balance on hand of[1] | $ | 47,543.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 5,552.58 | $ 0.00 | $ 5,552.58 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 13,057.50 | $ 0.00 | $ 13,057.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 48.77 | $ 0.00 | $ 48.77 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,345.00 | $ 0.00 | $ 1,345.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 11.38 | $ 0.00 | $ 11.38 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 33.40 | $ 33.40 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    20,015.23

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Remaining Balance $ 27,528.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,103.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,900.00 | $ 0.00 | $ 909.03 |
| 000002 | CITIBANK, N.A. | $ 14,203.34 | $ 0.00 | $ 3,310.59 |
| 000003 | ESTATE OF ERIC WHITMAN | $ 100,000.00 | $ 0.00 | $ 23,308.57 |
| | Total to be paid to timely general unsecured creditors | | $ | 27,528.19 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                    Case No. 11-16539-JPC
Herbert S Immergluck                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2              Date Rcvd: Dec 13, 2012
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2012.
```
db           +Herbert S Immergluck,    413 Forest Lane,    Schaumburg, IL 60193-1562
aty          +Frank/Gecker LLP,    325 N. LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
aty          +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,   Chicago, IL 60654-6465
aty           Zane L Zielinski,    Frank/Gecker LLP,   325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
17151277     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
17151278     +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
17728667     +Citibank, N.A.,    Payment Center,    4740 121st St,   Urbandale, IA 50323-2402
17151279     +Cook County Assessors Office,    118 N. Clark Street,    Chicago, IL 60602-1354
17151280     +Decadant Ventures, LLC.,    C/O Forman Friedman, PA,    500 Skokie Blvd.,
               Northbrook, IL 60062-2856
17151281     +Estate Of Eric Whitman,    C/O McLaughlin & Sterns,    260 Madison AVe,   New York, NY 10016-2401
17977243     +Estate of Eric Whitman,    c/o Tressler LLP,   Mark Conzelmann,    233 S. Wacker Dr., 22nd Floor,
               Chicago, IL 60606-6399
17151282     +Fia Csna,    Po Box 17054,   Wilmington, DE 19850-7054
17151283     +Harris N.a.,    Po Box 94034,   Palatine, IL 60094-4034
17151275     +Immergluck Herbert S,    413 Forest Lane,    Schaumburg, IL 60193-1562
17151284     +James Mastores,    1198 Pheasant Ridge Drive,    Lake Zurich, IL 60047-2700
17151285     +Karen Stresfeld-Leitner,    RE: Estate Of Eric Whitman,    260 Madision Ave,
               New York, NY 10016-2401
17151286     +Mark Barati,    1161 Kasting Lane,    Mundelein, IL 60060-9147
17151288     +Mark Barati,    981 Hwy 98 East Suite 3253,    Destin, FL 32541-2584
17151289     +McLaughlin & Stern LLP,    Re: Estate Of Eric S. Whitman,    260 Maditon Ave,
               New York, NY 10016-2401
17151290     +Myron M. Cherry & Associates,    Re: Vobi Comunication,    30 N. LaSalle Street Suite 2300,
               Chicago, IL 60602-3362
17151276     +Rotman & Elovitz Ltd,    134 N LaSalle Suite 200,    Chicago, IL 60602-1056
17151291     +Toyota Motor Credit Co,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
17151292     +Vobi Communications, LLC.,    C/O Jacie C. Zolna,   30 N. LaSalle St. Suite 2300,
               Chicago, IL 60602-3362
17151293     +Yes, Vodka Wordwide, LLC.,    C/O Forman Friedman, PA,    500 Skokie Blvd Suite 350,
               Northbrook, IL 60062-2877
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17377851      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2012 03:15:15
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17151287*    +Mark Barati,    1161 Kasting Lane,   Mundelein, IL 60060-9147
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 2 of 2                   Date Rcvd: Dec 13, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2012 at the address(es) listed below:
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          John  Collen     on behalf of Creditor    Estate of Eric S. Whitman jcollen@tresslerllp.com,
           tresslerdocket@tresslerllp.com
          Mark D Conzelmann    on behalf of Creditor    Estate of Eric S. Whitman mconzelmann@tresslerllp.com,
           chicagodocket@tresslerllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Creditor    FIA Card Services, N.A. richardr@w-legal.com,
           chapter-13@w-legal.com
          Robert D. Rotman    on behalf of Debtor Herbert S Immergluck rotmanelovitz@yahoo.com
                                                                                                              TOTAL: 6