UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| IMMERGLUCK, HERBERT S | § § | Case No. 11-16539 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Assessors Office 118 N. Clark Street Chicago, IL  60602 | | | | | |
| | Mark Barati 1161 Kasting Lane Mundelein, IL  60060 | | | | | |
| | Mark Barati 981 Hwy 98 East Suite 3253 Destin, FL  32541 | | | | | |
| | Myron M. Cherry & Associates Re: Vobi Comunication 30 N. LaSalle Street Suite 2300 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vobi Communications, LLC. C/O Jacie C. Zolna 30 N. LaSalle St. Suite 2300 Chicago, IL 60602 | | | | | |
| 000001 | BANK OF AMERICA | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| | CONGRESSIONAL BANK | | | | | |
| 000003 | ESTATE OF ERIC WHITMAN | | | | | |
| | ESTATE OF IMMERGLUCK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-16539 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Frances Gecker |
| Case Name: | IMMERGLUCK, HERBERT S | | | | Date Filed (f) or Converted (c): | 04/18/11 (f) |
| | | | | | 341(a) Meeting Date: | 05/25/11 |
| For Period Ending: | 05/22/13 | | | | Claims Bar Date: | 11/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 413 FORREST LANE, SCHAUMBERG, IL 60193<br>Debtor Claimed Exemption | 321,500.00 | 59,349.00 | | 0.00 | FA | 247,151.00 | 15,000.00 |
| 2. CHECKING ACCOUNT<br>Checking Account - US Bank Acct No. Ending 6346<br>Debtor Claimed Exemption | 63.00 | 0.00 | | 0.00 | FA | 0.00 | 63.00 |
| 3. CHECKING ACCOUNT<br>Checking Account US Bank Acct No. Ending 0898<br>Debtor Claimed Exemption | 40.00 | 0.00 | | 0.00 | FA | 0.00 | 40.00 |
| 4. Household Goods<br>Television (4), bedroom set, living room set, dining room set, stereo<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 5. Wearing Apparel<br>Clothing<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 6. INSURANCE POLICIES<br>Principal Life Insurance Company- IRA<br>Debtor Claimed Exemption | 164,900.00 | 0.00 | | 0.00 | FA | 0.00 | 164,900.00 |
| 7. RETIREMENT PLANS<br>Prudential - IRA<br>Debtor Claimed Exemption | 45,400.37 | 0.00 | | 0.00 | FA | 0.00 | 45,400.37 |

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-16539 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | IMMERGLUCK, HERBERT S | | | Date Filed (f) or Converted (c): | 04/18/11 (f) |
| | | | | 341(a) Meeting Date: | 05/25/11 |
| | | | | Claims Bar Date: | 11/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 8. RETIREMENT PLANS<br>Prudential - IRA<br>Debtor Claimed Exemption | 41,119.29 | 0.00 | | 0.00 | FA | 0.00 | 41,119.29 |
| 9. STOCK<br>Image Stock 135 shares<br>Debtor Claimed Exemption | 19.00 | 0.00 | | 0.00 | FA | 0.00 | 19.00 |
| 10. STOCK<br>MBIA Stock 300 shares<br>Debtor Claimed Exemption | 3,600.00 | 1,222.00 | | 0.00 | FA | 0.00 | 2,378.00 |
| 11. STOCK<br>Pepsi Co.Stock 600 shares | 38,000.00 | 35,024.44 | | 35,024.44 | FA | 0.00 | 0.00 |
| 12. STOCK<br>Yum 264 shares | 13,500.00 | 13,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Vehicles<br>2011 Lexus 350 - Leased | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.37 | FA | 0.00 | 0.00 |
| 15. PREFERENCE CLAIM (u) | 0.00 | 13,000.00 | | 13,000.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $630,641.66   $122,095.44   $48,025.81   $0.00   $247,151.00   $271,419.66

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-16539   JPC   Judge: Jacqueline P. Cox | Trustee Name:   Frances Gecker |
| Case Name: | IMMERGLUCK, HERBERT S | Date Filed (f) or Converted (c):   04/18/11 (f) |
| | | 341(a) Meeting Date:   05/25/11 |
| | | Claims Bar Date:   11/09/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL DISTRIBUTION HAS BEEN MADE AND THE CASE WILL BE CLOSED WHEN ALL FUNDS HAVE BEEN POSTED.

Initial Projected Date of Final Report (TFR): 04/01/12     Current Projected Date of Final Report (TFR): 11/30/12

/s/  Frances Gecker
_____   Date: 05/22/13
FRANCES GECKER

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-16539 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | IMMERGLUCK, HERBERT S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5605 MONEY MARKET |
| Taxpayer ID No: | *******9926 | | | |
| For Period Ending: | 05/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/01/11 | 11 | Herbert and Susan Immergluck<br>413 Forest Lane<br>Schaumberg, IL 60193 | STOCK INTEREST | 1129-000 | 33,524.44 | | 33,524.44 |
| C 08/31/11 | 14 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,524.70 |
| C 09/30/11 | 14 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,524.98 |
| C 10/31/11 | 14 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,525.26 |
| C 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 42.71 | 33,482.55 |
| C 11/28/11 | 11 | Herbert and Susan Immergluck<br>413 Forest Lane<br>Schaumberg, IL 60193 | STOCK INTEREST | 1129-000 | 1,500.00 | | 34,982.55 |
| C 11/30/11 | 14 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 34,982.83 |
| C 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 41.28 | 34,941.55 |
| C 12/15/11 | 001000 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL 62794-9030 | FEIN: 30-6289926<br>2011 Form IL-1041; Case No. 11 B 16539 | 2820-000 | | 365.00 | 34,576.55 |
| C 12/29/11 | 14 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 34,576.82 |
| C t 12/29/11 | | Transfer to Acct #*******2277 | Bank Funds Transfer | 9999-000 | | 34,576.82 | 0.00 |
| | | | Page Subtotals | | 35,025.81 | 35,025.81 | |

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-16539 -JPC |
| Case Name: | IMMERGLUCK, HERBERT S |
| Taxpayer ID No: | *******9926 |
| For Period Ending: | 05/22/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5605  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,025.81 | 35,025.81 |
| Less:  Bank Transfers/CD's | 0.00 | 34,576.82 |
| Subtotal | 35,025.81 | 448.99 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 35,025.81 | 448.99 |

\* **Reversed**
**t  Funds Transfer**
**C  Bank Cleared**

0.00

Page Subtotals   0.00   0.00

Ver: 17.02d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-16539 -JPC | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | IMMERGLUCK, HERBERT S | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2277  GENERAL CHECKING |
| Taxpayer ID No: | *******9926 | | |
| For Period Ending: | 05/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5605 | Bank Funds Transfer | 9999-000 | 34,576.82 | | 34,576.82 |
| C  02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND #016026455<br>2/1/12  TO 2/1/13 | 2300-000 | | 33.40 | 34,543.42 |
| C  05/01/12 | 15 | Citibank, N.A.<br>P.O. Box 6500<br>Sioux Falls, South Dakota | | 1241-000 | 13,000.00 | | 47,543.42 |
| C  01/18/13 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 5,552.58 | 41,990.84 |
| C  01/18/13 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603<br><br>Fees          1,345.00<br>Expenses         11.38 | Accountant for Trustee Fees (Other | <br><br><br><br><br>3410-000<br>3420-000 | | 1,356.38 | 40,634.46 |
| C  01/18/13 | 001003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 13,106.27 | 27,528.19 |

Page Subtotals            47,576.82            20,048.63

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-16539 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | IMMERGLUCK, HERBERT S | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2277  GENERAL CHECKING |
| Taxpayer ID No: | *******9926 | | | |
| For Period Ending: | 05/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees          13,057.50 | 3110-000 | | | |
| | | | Expenses           48.77 | 3120-000 | | | |
| C  01/18/13 | 001004 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Claim 000001, Payment 23.31% | 7100-000 | | 909.03 | 26,619.16 |
| C  01/18/13 | 001005 | CITIBANK, N.A. PAYMENT CENTER 4740 121ST ST URBANDALE, IA 50323 | Claim 000002, Payment 23.31% | 7100-000 | | 3,310.59 | 23,308.57 |
| * C  01/18/13 | 001006 | ESTATE OF ERIC WHITMAN C/O TRESSLER LLP MARK CONZELMANN 233 S. WACKER DR., 22ND FLOOR CHICAGO, IL 60606 | Claim 000003, Payment 23.31% | 7100-003 | | 23,308.57 | 0.00 |
| * C  03/07/13 | 001006 | ESTATE OF ERIC WHITMAN C/O TRESSLER LLP MARK CONZELMANN 233 S. WACKER DR., 22ND FLOOR CHICAGO, IL 60606 | Claim 000003, Payment 23.31% Stop Payment on 3/7/13 - email to Congressional to cancel check (Claimant lost check) and close account at Congressional. | 7100-003 | | -23,308.57 | 23,308.57 |
| C t  03/15/13 | 001007 | ESTATE OF IMMERGLUCK Claimant Lost Check Congressional sent Cashier's check to us and closed Congressional Bank account. | | 7100-000 | | 23,308.57 | 0.00 |

Page Subtotals        0.00        27,528.19

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-16539 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | IMMERGLUCK, HERBERT S | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2277  GENERAL CHECKING |
| Taxpayer ID No: | *******9926 | | | |
| For Period Ending: | 05/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 47,576.82 | 47,576.82 | 0.00 |
| Less:  Bank Transfers/CD's | 34,576.82 | 23,308.57 | |
| Subtotal | 13,000.00 | 24,268.25 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,000.00 | 24,268.25 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals     0.00     0.00

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-16539 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | IMMERGLUCK, HERBERT S | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7380 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9926 | | | |
| For Period Ending: | 05/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  03/15/13 | | Congressional Bank<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, Maryland  20817 | | 7100-000 | 23,308.57 | | 23,308.57 |
| C  04/05/13 | 010000 | ESTATE OF ERIC WHITMAN<br>C/O TRESSLER LLP<br>MARK CONZELMANN<br>233 S. WACKER DR., 22ND FLOOR<br>CHICAGO, IL 60606 | Claim 000003, Payment 23.31% | 7100-000 | | 23,308.57 | 0.00 |
| * C  04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 14.53 | -14.53 |
| * C  04/12/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE<br>Bank reversed service fee that was erroneously charged to account. | 2600-003 | | -14.53 | 0.00 |

```
                                    COLUMN TOTALS                      23,308.57        23,308.57             0.00
                                    Less:  Bank Transfers/CD's              0.00             0.00
* Reversed                          Subtotal                           23,308.57        23,308.57
t Funds Transfer                    Less:  Payments to Debtors                               0.00
C Bank Cleared                      Net                                23,308.57        23,308.57
```

| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5605 | 35,025.81 | 448.99 | 0.00 |
| GENERAL CHECKING - ********2277 | 13,000.00 | 24,268.25 | 0.00 |
| Checking Account (Non-Interest Earn - ********7380 | 23,308.57 | 23,308.57 | 0.00 |
| Page Subtotals | 23,308.57 | 23,308.57 | |

Ver: 17.02d

FORM 2

Page: 7

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-16539 -JPC | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | IMMERGLUCK, HERBERT S | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7380  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9926 | | |
| For Period Ending: | 05/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 71,334.38 | 48,025.81 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature:  /s/  Frances Gecker   Date: 05/22/13
FRANCES GECKER

Page Subtotals              0.00          0.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*